**FILED: 7/7/11**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Retha Green,* | CASE NO. CV 10-5205-GHK (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Norma Salceda, et al.* | |
| Defendants. | |

Pursuant to the Court's June 20, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Retha Green, by and through the Conservator of her estate, Rossyln Diamond ("Plaintiff"), against Norma Salceda, Daryl Houston, Luis Torres-Garcia, and Armi Enciso are **DISMISSED with prejudice**. Pursuant to the Court's July 7, 2011 Order, **IT IS FURTHER ADJUDGED** that Plaintiff's claims against Imelda Ortega, B. Williams, N. Gray, and E. Tumang are **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 7, 2011

_____
GEORGE H. KING
United States District Judge